

**Jennifer K. Lee**
jlee@engstromlee.com

323 N. Washington Ave., Suite 200
Minneapolis, MN 55401
612-293-6184

August 5, 2025

**VIA ECF**

Lyle W. Cacye, Clerk of Court
United States Court of Appeals Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

**Re:** ***Parrott, et al. v. International Bancshares Corp., et al.,* No. 25-50367 (5th Cir.)**

To Whom It May Concern:

  Plaintiff-Appellee Paul Parrott respectfully requests a Level I, 30-day extension of the deadline to file his principal brief. This is Appellee's first request for an extension and Defendant-Appellants do not oppose this request.

  Good cause exists for this request. Undersigned counsel represents Plaintiffs in another case, *Bowers, et al. v. Russell, et al.*, No.1:22-cv-10457-PBS (D. Mass.), which is set to go to trial September 8, 2025, in the District of Massachusetts. That case is a large ERISA class action involving four sets of defendants. *Daubert* motions were filed last Friday, August 1, 2025, and responses to those motions are due August 15. Summary judgment motions are due August 19. In parallel, one of the Defendants in that action has settled, requiring Plaintiffs to promptly move for preliminary approval of the partial class action settlement. That motion is due today, August 5.

  Undersigned counsel also represents Plaintiffs in another case, *Carter, et al. v. Sentara Healthcare, et al.*, No. 2:25-CV-00016 (E.D. Va.), which is venued in the Eastern District of Virginia with a highly compressed case schedule. Plaintiffs' reply expert reports are due today. Expert deposition must be completed within a week, by August 12. The deadline for summary judgment and *Daubert* motions is two weeks later, August 26. The Parties in that case recently requested an extension of the case schedule but that request was denied.

  Undersigned counsel is attempting to engage co-counsel to assist on the above-referenced matter, but in order to facilitate that transition, a brief extension is required. For the foregoing reasons, Plaintiff-Appellee respectfully requests a 30-day extension of time to file his principal brief.

Sincerely,

*/s/ J. Lee*

Jennifer K. Lee
*Counsel for Plaintiff-Appellee Paul Parrott*

Case: 25-50367 Document: 27 Page: 2 Date Filed: 08/05/2025